IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 5:05 CV 225

| TAMRA DUNCAN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SPECIAL METALS CORPORATION, | ) | |
| SPECIAL METALS WELDING | ) | |
| PRODUCTS COMPANY d/b/a SPECIAL | ) | |
| METALS d/b/a SPECIAL METALS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Counsel for the parties shall appear before the undersigned on **February 20, 2007** prepared to summarize the status of this case and to argue the pending motion, "Defendant's Motion to Dismiss Plaintiff's Amended Complaint" (Document No. 15), filed July 5, 2006. The parties have consented to magistrate jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion is ripe for disposition.

**IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **February 20, 2007** for a Motions Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: January 16, 2007

David C. Keesler
United States Magistrate Judge